## QUIRK AND BAKALOR, P.C.
COUNSELORS AT LAW
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

(212) 319-1000
FAX (212) 319-1065

RICHARD H. BAKALOR
STEPHEN K. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT P. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE
LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE

DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SEXTON ††
DONNA H. BAKALOR †††Δ
LIZA R. FLEISSIG
TODD A. PARADEIS
SUSAN S. YOU
ROBERT I. LAPIDOW
STEVE M.S. MADRA

GLORIA B. DUNN
DARA L. ROSENBAUM ††
TRACY L. FRANKEL ††
MICHAEL W. HECHT*
CHARLES M. HENDERSON III †††
SIMONE S. KIM
KATHERINE L. FERRO
TAMIKA N. SANDERS ††
ALEXANDER D. TUTTLE*

WESTCHESTER OFFICE
1299 NORTH AVENUE
NEW ROCHELLE, N.Y. 10804

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY
††† ALSO ADMITTED IN MASSACHUSETTS
Δ ALSO ADMITTED IN MINNESOTA
* ALSO ADMITTED IN CONNECTICUT

January 25, 2005

**<u>VIA FAX</u>**
Honorable Victor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**RE: ABDUSSELAM v. RIDGID
DOCKET NO.: 04 CV 692
OUR FILE NO.: 14144-C**

Dear Judge Pohorelsky:

   This office represents the defendant in this matter.  We write to advise the Court that the action has been discontinued and there is no need for the Conference scheduled for January 28, 2005 at 3:15 PM.

   I enclose herewith a copy of the Stipulation of Discontinuance which we request the Court to "So Order".

Very truly yours,

Susan B. Clearwater

SBC:ka
cc: Andrew Friedman, Esq. (via fax)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FEDA ABDUSSELAM,                                    04 CV 692
                                                    J. Weinstein
                                    Plaintiff,      MJPohorelsky

            - against -                             **STIPULATION**

RIDGID, a Division of Emerson Electric Co.,

                                    Defendant.
---------------------------------------------------------------X

*IT IS HEREBY STIPULATED AND AGREED*, by and between counsel for the parties that this action is discontinued with prejudice and without interest, costs or disbursements.

Dated: New York, New York
       January 19, 2005

QUIRK AND BAKALOR, P.C.                    FRIEDMAN, KHAFIF & ASSOCIATES, LLP

By: *Susan B. Clearwater*                  _____
Susan B. Clearwater, Esq.(SC6740)
*Attorneys for Defendant*                  *Attorneys for Plaintiff*
EMERSON ELECTRIC COMPANY                   16 Court Street
845 Third Avenue                           Brooklyn, New York 11241
New York, New York 10022                   (718) 835-7001
(212) 319-1000